UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LERON WILLIAMS

       v.                              Civil No. 3:01CV2107(WWE)

CITY OF TORRINGTON, JOHN FIELD,
MARQUAM JOHNSON, MARY JANE GRYNIUK,
TOM GRITT, AND BOARD OF SAFETY

## JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 10, 2003, the Court entered a Ruling on Defendants' Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 12th day of December, 2003.

                                              KEVIN F. ROWE, CLERK
                                            By
                                                /s/
                                            Melissa Ruocco
                                            Deputy Clerk

EOD: _____