UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LERON WILLIAMS | : | CIVIL ACTION<br>NO. 3:01 CV02107 (EBB) |
| V. | : | |
| CITY OF TORRINGTON, JOHN FIELD, MARQUAM JOHNSON, MARY JANE GRYNIUK, TOM GRITT, AND BOARD OF SAFETY | : | JANUARY 12, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES *NUNC PRO TUNC*

Pursuant to Federal Rules of Civil Procedure 6(b)(2), 54(d)(2)(B) and D. Conn. L. Civ. P. 7(b), the Defendants, City of Torrington (the "City"), John Field, Marquam Johnson, Mary Jane Gryniuk, Tom Gritt and Board of Safety (the "Board"), through counsel, respectfully request leave of the Court to for an additional fourteen (14) days, up to and including January 26, 2004, file their motion for attorneys' fees out of time. The Defendants request leave to file their motion for attorneys' fees based on the Court's ruling on the Defendants' Motion for Summary Judgment on December 10, 2003. In support of this Motion, the Defendants represent the following:

1.   On December 10, 2003, the Court granted the Defendants' motion for summary judgment on all counts of the Complaint dated November 13, 2001 and entered Judgment in their favor on December 12, 2003.

2.   The Defendants intend to seek attorneys fees as the prevailing parties pursuant to 42 U.S.C. § 1988(b).

3.   The Defendants did not file their motion for attorneys' fees within the required number of days because the undersigned counsel for the Defendants was out of the State from

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

December 5, 2003 through December 15, 2003. In addition, the Christmas and New Year Holidays made it difficult for the undersigned counsel to communicate with the Defendants to determine whether to move for attorneys' fees. As such, the Defendants' failure to file their motion for attorneys' fees was the result of excusable neglect.

4. The Defendants require the additional time to obtain consent from the municipal and individual defendants and to prepare their motion for attorney's fees.

5. This is the Defendants' first motion for extension of time with respect to this time limitation.

6. The undersigned counsel has contacted John R. Williams, Esq., counsel for the Plaintiff, but has been unable to determine his position on this motion.

For all the above reasons, the Defendants respectfully request leave of the Court to file their motion for attorney's fees out of time.

> Respectfully submitted,
>
> THE DEFENDANTS:
> CITY OF TORRINGTON, JOHN FIELD, MARQUAM JOHNSON, MARY JANE GRYNIUK, TOM GRITT AND BOARD OF SAFETY
>
> By /s/
> James M. Sconzo
> Fed Bar # ct04571 and
> Kevin R. Brady
> Fed Bar # ct22135 of
> HALLORAN & SAGE LLP
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

     This is to certify that on this 12th day of January, 2004, I hereby mailed a copy of the foregoing to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

                                      Kevin R. Brady

500115.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105